IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JOSHUA MAXWELL, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. |
| | * | CV 317-052 |
| COOLING & WINTER, LLC, | * | |
| Defendant. | * | |

O R D E R

Plaintiff has filed a "Notice of Voluntary Dismissal With Prejudice" in the captioned matter. Defendant has not filed an answer or a motion for summary judgment. Thus, Plaintiff does not need an Order from this Court to dismiss the case. See Fed. R. Civ. P. 41(a)(1). The Clerk is directed to **CLOSE** this civil action and terminate any pending motion.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of December, 2017.

UNITED STATES DISTRICT JUDGE